UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD LEE CANADA,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.

Case No. 24-cv-00821-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Ronald Lee Canada sent a letter to the court received on February 12, 2024, and has not responded to the Clerk's Notices to file a complaint and a motion to proceed *in forma pauperis* (or pay the filing fee). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Canada may move to reopen. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; <u>and</u> (iii) contain a complete application to proceed *in forma pauperis* or full payment for the $402.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 11, 2024



WILLIAM H. ORRICK
United States District Judge